March 29, 2015
73,594-01

Mr. John Dee Gill Jr
1399089
264 Fm 3478
Huntsville, Texas
77320

WR- 73-594-01
Trial CT.NO. 2005-995-C2A

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

Attn:

Karen Matkin
District Clerk
McLennan County Courthouse

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas
78711

Dear Clerk Louise Pearson
        I recently like last week send a letter, in concerning a request to come or go back in the lower court with a 11.07 writ and that I never received an Affidavit, from my trial Attorney. Well! I happen to forget to place the letter in from the Clerk Karen Matkin showing that I never got it and where that violated my Due Process of Law under the 4th, 5th 6th 8th and 14th Amendment to the Constitution of the United State. of America. See

Exhibit A    Attached
Copy . . . .

Thank you
Mr. John D Gill Jr.
# 1399089
264 Fm 3478
Huntsville Texas
77320

*Exhibit A*



# KAREN MATKIN
## DISTRICT CLERK
McLENNAN COUNTY COURTHOUSE
P. O. BOX 2451
WACO, TEXAS 76703
254-757-5054 OR 757-5057

March 10, 2015

JOHN DEE GILL, JR. #1399089
264 FM 3478
HUNTSVILLE, TEXAS 77320

RE: Cause Number 2005-995-C

Dear Mr. Gill,

The District Clerk's Office has received your letter requesting a copy of an Affidavit filed by attorney Lyle Gripp. I do not show an affidavit filed by attorney Lyle Gripp in the aboved named cause number.

Sincerely,

Crystal Howard
DEPUTY, District Clerk